```
Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,   vs.

Heriberto Brito Brito, et al,

    Defendant,

Case No.: 2:09-CV-01661-WDK-FMO

RENEWAL OF JUDGMENT BY CLERK

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J & J SPORTS PRODUCTIONS, INC., and against Defendant, Heriberto Brito Brito individually dba La Perla Bar, entered on September 18, 2009, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---|
| a. | Total judgment | $ | 12,036.55 |
| b. | Costs after judgment | $ | 00.00 |
| c. | **Subtotal *(add a and b)*** | **$** | **12,036.55** |
| d. | Credits | $ | 5,000.00 |
| e. | **Subtotal *(subtract d from c)*** | **$** | **7,036.55** |
| f. | Interest after judgment | $ | 278.99 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| h. | **Total renewed judgment (add e, f and g)** | **$** | **7,315.54** |

Dated: August 30, 2019    CLERK, by *Sharon Hall Brown*
                                        Deputy

KIRY K. GRAY, CLERK OF COURT